# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERALD S. BATOFF, | : | |
|    Plaintiff/ Counterclaim Defendant, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 12-cv-05397 |
| | : | |
| JULIE CHARBONNEAU, | : | |
| and | : | |
| DEAN TOPOLINKSKI, | : | |
|    Defendants/ Counterclaim Plaintiffs, | : | |
| | : | |

## ORDER

**AND NOW**, this 19th day of March 2013, upon consideration of plaintiff's partial motion to dismiss defendants' counterclaims under Federal Rule of Civil Procedure 12(b)(6) (Doc. # 19), defendants' opposition brief, and plaintiff's reply thereto, **IT IS HEREBY ORDERED THAT**:

    1. With respect to counts V through VII, inclusive, of defendants' counterclaims, the plaintiff's motion to dismiss is **GRANTED** and those claims are **DISMISSED**; and

    2. With respect to the count IV for unjust enrichment, the plaintiff's motion to dismiss is **DENIED**.

 

s/ William H. Yohn Jr.

William H. Yohn Jr., Judge